UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MARQUIS WORKS
SBI No.: 601531C, 4

## PETITION FOR WRIT OF HABEAS CORPUS

1. **MARQUIS WORKS, SBI No.: 601531C,** is now confined at the Essex County Correctional Facility, 356 Doremus Avenue, Newark, NJ 07105.

2. This individual is a defendant in a federal case and will be required at Newark, New Jersey before the Hon. Stanley R. Chesler, on **Thursday, April 14, 2011 at 10:30 a.m.** for an Arraignment. A Writ of Habeas Corpus should be issued for that purpose.

DATED: April 5, 2011

S:/RODNEY VILLAZOR
Rodney C. Villazor
Assistant U.S. Attorney
Petitioner - 973-645-2823

## ORDER

Let the Writ Issue.
DATED: 4/5/2011

Hon. Stanley R. Chesler

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:
WE COMMAND YOU that you have the body of:

**MARQUIS WORKS, SBI No.: 601531C, 4**

now confined at the Essex County Correctional Facility, on **Thursday, April 14, 2011 at 10:30 a.m.** be brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the U.S. Post Office and Federal Courthouse, 2 Federal Square, Newark, New Jersey 07102 on **Thursday, April 14, 2011 at 10:30 a.m.**, so that he may appear for an arraignment in the above-captioned matter.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 4/5/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk