## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### UNITED STATES v. MARQUIS WORKS, 11-cr-0127
### SBI No.: 601531C , D.O.I

## PETITION FOR WRIT OF HABEAS CORPUS

1. **MARQUIS WORKS, SBI No.: 601531C** ⸺⸺⸺ **84** is now confined at the Essex County Correctional Facility, 356 Doremus Avenue, Newark, NJ 07105.

2. This individual is a defendant in a federal case and will be required at Newark, New Jersey before the Hon. Stanley R. Chesler, on **Tuesday, May 31, 2011 at 9:30 a.m.** for a Plea Hearing.  A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 11, 2011

                        S:/RODNEY VILLAZOR
                        Rodney C. Villazor
                        Assistant U.S. Attorney
                        Petitioner - 973-645-2823

## ORDER

Let the Writ Issue.

DATED: 5/13/2011

                        Hon. Stanley R. Chesler

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility:
WE COMMAND YOU that you have the body of:

**MARQUIS WORKS, SBI No.: 601531C , D.O.B**

now confined at the Essex County Correctional Facility, on **Tuesday, May 31, 2011 at 9:30 a.m.** be brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the U.S. Post Office and Federal Courthouse, 2 Federal Square, Newark, New Jersey 07102 on **Tuesday, May 31, 2011 at 9:30 a.m.**, so that he may appear for a plea hearing in the above-captioned matter.

    WITNESS the Honorable Stanley R. Chesler
    United States District Judge
    Newark, New Jersey.

DATED: 5/13/2011

                    WILLIAM T. WALSH
                    Clerk of the U.S. District Court
                    for the District of New Jersey

                    Per: _____
                          Deputy Clerk